EASTERN SAVINGS BANK, FSB *v.* LISA A.
PELCZ ET AL.

The named defendant's petition for certification for appeal from the Appellate Court (AC 32049) is denied.

*Lisa A. Pelcz,* pro se, in support of the petition.

*Robert J. Piscitelli,* in opposition.

Decided July 22, 2010